**Dismissed and Memorandum Opinion filed November 14, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00574-CV

## NICKOLOSIE D. GRADNEY, Appellant

## V.

## DEBORAH CAYTON, Appellee

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-05825**

# M E M O R A N D U M   O P I N I O N

According to information provided to this court, this is an appeal from a final default judgment signed May 31, 2013. Appellant, Nickolosie D. Gradney, filed a pro se notice of appeal June 24, 2013.[1]

To date, our records show that appellant has neither established indigence nor paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment

---

[1] Nickolosie D. Gradney and S. Texas Enterprises, LLC. are named as Defendants in the style of the case. The trial court's judgment, which states that it is final, is against only S. Texas Enterprises, LLC. The corporation has not filed a notice of appeal, however. No clerk's record has been filed, and wecannot determine our jurisdiction over this appeal in the absence of the record.

of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On July 18, 2013, the court notified appellant that the filing fee was past due and the appeal was subject to dismissal unless the fee was paid on or before July 29, 2013. Appellant filed no response to the notice that the appellate filing fee was past due.

The record in this appeal was due on or before July 30, 2013, but it has not been filed. The clerk responsible for preparing the record informed this court that appellant did not make arrangements to pay for the record. On August 16, 2013, appellant requested a sixty-day extension of time to pay for preparation of the record. The court granted the extension request, but noted that no further extensions of time would be granted.

On October 17, 2013, the Harris County District Clerk's office again notified this court that appellant had not paid for preparation of the record. Accordingly, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any response to this court's October 17, 2013, notice.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Wise.